IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS P. BEZELIK,             :

      Plaintiff,          :

v.                             :   CIVIL NO. MJG-02-2402

LT. GEN. MICHAEL V. HAYDEN,    :
DIRECTOR,
NATIONAL SECURITY AGENCY       :

      Defendant.          :

...oOo...

ORDER

The Court, having considered the Defendant's Motion for an Enlargement of Time, and there being good cause therefore, it is this 23rd day of September, 2002, hereby

ORDERED that the deadline for filing an answer or other appropriate dispositive motion in response to plaintiff's complaint is October 21, 2002.

Marvin J. Garbis
United States District Judge