IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

THOMAS P. BEZELIK                 *

    Plaintiff              *

v.                                *     CIVIL NO.: MJG 02 CV 2402

LT. GEN. MICHAEL V. HAYDEN        *
DIRECTOR,
NATIONAL SECURITY AGENCY          *

    Defendant              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

THE COURT having considered the Plaintiff's Motion for Enlargement of Time, and there being no objection thereto, it is this 13th day of November, 2002;

ORDERED that the Plaintiff's Motion for Enlargement of Time to file Oppositions to Defendant's Motion To Dismiss, Or In The Alternative, Motion For Summary Judgment, to no later than December 13, 2002, is hereby GRANTED.

                                               MARVIN J. GARBIS
                                               United States District Judge

cc:    Counsel of record.

H3953D21.wpd

