JAN 15 2003

CLERK U.S. DISTRICT
DISTRICT OF MARYLAND
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

THOMAS P. BEZELIK,              :

    Plaintiff,              :

v.                              :    CIVIL NO. MJG-02-2402

LT. GEN. MICHAEL V. HAYDEN,     :
DIRECTOR,
NATIONAL SECURITY AGENCY        :

    Defendant.              :

...oOo...

ORDER

The Court, having considered the Defendant's Motion for an Enlargement of Time, and there being good cause therefore, it is this 15th day of January, 2002, hereby

ORDERED that the deadline for filing a reply in further support of defendant's motion to dismiss, or in the alternative, motion for summary judgment is January 10, 2003.

Marvin J. Garbis
United States District Judge