```
              IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
```

THOMAS P. BEZELIK                  *

      Plaintiff             *

      vs.                   * CIVIL ACTION NO. MJG-02-2402

LT. GEN. MICHAEL V. HAYDEN         *
DIRECTOR,
NATIONAL SECURITY AGENCY           *

      Defendant             *

\*    \*    \*    \*    \*    \*    \*    \*    \*

## JUDGMENT ORDER

By separate order issued this date, the Court has granted the Defendant's Motion to Dismiss.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendant Lt. Gen. Michael V. Hayden, Director, National Security Agency against Plaintiff Thomas P. Bezelik dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on <u>Friday, April 11, 2003</u>.

                                                _____/ s /_____
                                            Marvin J. Garbis
                                   United States District Judge